# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG STANGER, ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:12-cv-02170-JCM-NJK |
| ) | |
| vs. ) | ORDER TRANSFERRING CASE |
| ) | (Docket No. 8) |
| PROGRESSIVE DIRECT INSURANCE ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendant(s). ) | |
| _____) | |

Pending before the Court is Defendant's motion to transfer venue pursuant to 28 U.S.C. § 1404(a) to the District of Utah. Docket No. 8. Plaintiff filed a response indicated he has no objection to the granting of the motion. Docket No. 10. Accordingly, for good cause shown, this case is hereby transferred to the District of Utah.

IT IS SO ORDERED.

DATED: March 25, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge